Gregory J. Aldisert (Cal. Bar No. 115334)
galdisert@kwikalaw.com
Gregory S. Gabriel (Cal. Bar No. 239902)
ggabriel@kwikalaw.com
Kinsella Weitzman Iser Kump & Aldisert LLP
808 Wilshire Boulevard, 3rd Floor
Santa Monica, CA  90401
Phone:  (310) 566-9800
Fax:  (310) 566-9850
Attorneys for Plaintiff My Medical Loan, Inc.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MY MEDICAL LOAN, INC., a California corporation,<br><br>        Plaintiff,<br>vs.<br><br>MEDCHOICE FINANCIAL, LLC, a Florida limited liability company; MEDCHOICE FINANCIAL, LLC, a Delaware limited liability corporation; PHILIP HALL, a Florida citizen; MICHELO NATURILE, a Florida citizen,<br><br>        Defendants. | **CASE NO. CV 10-4121-DMG(AGRx)**<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2) [49]** |

Having reviewed the Request For Dismissal Without Prejudice Pursuant to Federal Rule Of Civil Procedure 41(a)(2) filed by Plaintiff My Medical Loan Inc., and good cause appearing therefor, the Court hereby Orders as follows:

This entire action is hereby dismissed without prejudice. Each party shall bear his or its own attorney's fees and costs

DATED: May 25, 2012      _____
DOLLY M. GEE
United States District Judge